IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-132-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| CRAIG RANDALL PURVIS | |

Before the Court is a consent motion to allow the Defendant to withdraw his guilty plea to violation 18 U.S.C. § 922(g) and related preliminary order of forfeiture and to schedule an arraignment for entry of a substitute guilty plea to violating 18 U.S.C. § 922(i) and for entry thereafter of a replacement preliminary order of forfeiture.

Having considered the premises advanced in the motion, the consent motion is GRANTED. The Court hereby orders as follows:

(1) Mr. Purvis' guilty plea and plea agreement [DE 28] are withdrawn;

(2) This matter is scheduled for arraignment for the Court's **November**, 2022 term of court for entry of the Substitute Plea Agreement;

(3) The Consent Preliminary Order of Forfeiture [DE 29] is withdrawn; and

(4) The Substitute Preliminary Order of Forfeiture will be entered at such time that the Substitute Plea Agreement is entered and accepted by the Court.

SO ORDERED. This **8** day of October, 2022.

JAMES C. DEVER, III
United States District Judge